ADAMS, APPELLANT, *v.* BANKERS' LIFE ASSOCIATION, RESPONDENT.

[Submitted June 6, 1893. Decided June 12, 1893.]

APPEAL—*Record—Failure to show error.*—A judgment will be affirmed where there is nothing before the appellate court but the judgment-roll, upon which no error appears or is suggested, and a bill of exceptions, which is merely a skeleton containing a direction to insert matter therein, which is neither inserted nor in the record by reference

*Appeal from First Judicial District Lewis and Clarke County.*

Judgment was rendered for the defendant below by BUCK, J. Affirmed.

*T. J. Walsh,* for Appellant.

*Adkinson & Miller,* for Respondent.

PER CURIAM.—In this case we have heretofore sustained a motion striking from the record a large portion thereof. The appeal is from the judgment. All that is now before us is the judgment-roll, and a paper which is claimed to be a bill of exceptions. Appellant has filed no brief, and made no argument, and in no way suggests any error apparent upon the

judgment-roll.  Our examination does not disclose any error. (*Territory* v. *Stanton*, 8 Mont. 157.)   The bill of exceptions is a mere skeleton, containing notes to the effect, "Here insert," but the matter to be inserted is not inserted, nor is it in the record by reference.   The judgment is therefore affirmed.